## 39835. KARLOVICH et al. v. THE STATE.

PER CURIAM.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur, except Smith, J., who dissents.*

DECIDED NOVEMBER 30, 1983 —
REHEARING DENIED DECEMBER 15, 1983.

*Bentley C. Adams III,* for appellant.
*Johnnie L. Caldwell, Jr., District Attorney,* for appellee.